UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA-06-CR-291 OG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK EDWARD KEDROWSKI (8), | ) | |
| MATTIE LAVERNE EPPERSON (9), | ) | |
| PEDRO MARTINEZ, JR. (10), | ) | |
| MARK GUDANOWSKI (11), and | ) | |
| DEBORAH ROBINSON (12), | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Admitted |
|---|---|---|
| 1 | Graphic - How Reservation Requests are Processed (SWA) | Yes |
| 2 | Graphic - Tracking of NRMR Tickets to Produce Main Green Spreadsheet (SWA) | Yes |
| 3a | Graphic - Production of NRMR Tickets (SWA) | Yes |
| 4 | List of Three Letter Codes with City and Airport Name | Yes |
| 6 | Southwest Airlines Reservation Center Codes | Yes |
| 9 | Back of current Green Pass | Yes |
| 102 | 2004 Giveaway Love Ticket Order Forms with Printed Ticket Numbers | Yes |
| 103 | 2005 Giveaway Love Ticket Order Forms with Printed Ticket Numbers | Yes |
| 104 | Southwest Airlines Brochure with Picture of Althea Jackson | Yes |
| 106 | Southwest Airlines NRMR Ticket (Example) | Yes |

| | | | |
|---|---|---|---|
| 106a | | Southwest Airlines NRMR Ticket (Example with Annotations) | Yes |
| 201 | | Statement, James B. Jackson, 12/9/05 | Yes |
| 204 Box | | Southwest Airlines Tickets and Related Paperwork from Archives, CIRRUS, PRISM, copied by SWA personnel in 2004 | Yes |
| 205-207 Boxes | | Southwest Airlines Tickets and Related Paperwork from Archives, CIRRUS, PRISM, copied by BCS personnel in 2004 | Yes |
| 208-216 Boxes | | Southwest Airlines Tickets and Related Paperwork from Archives, CIRRUS, PRISM, copied by BCS personnel in 2005 | Yes |
| 217 | | David Anderson Check #331 to James Jackson dated 3/1/05 in the amount of $5160.00 | Yes |
| 218 | | David Anderson Check #333 to James Jackson dated 3/31/05 in the amount of $240.00 | Yes |
| 219 | | David Anderson Check #339 to James Jackson dated 4/29/05 in the amount of $1200.00 | Yes |
| 220 | | David Anderson Check #341 deposited into the account of James Jackson dated 5/20/05 in the amount of $1030.00 | Yes |
| 221 | | Money Order #6200663795 to James Jackson, Purchaser Lance Williams, dated 6/14/05 in the amount of $1000.00 | Yes |
| 222 | | Money Order #6200663796 to James Jackson, Purchaser Lance Williams, dated 6/14/05 in the amount of $350.00 | Yes |
| 223 | | Money Order #6200663798 to James Jackson, Purchaser Lance Williams, dated 6-15-05 in the amount of $90.00 | Yes |
| 224 | | Money Order #6200799811 to James Jackson, Purchaser Lance Williams, dated 7/1/05 in the amount of $1000.00 | Yes |
| 225 | | Money Order #6200799812 to James Jackson, Purchaser Lance Williams, dated 7/1/05 in the amount of $440.00 | Yes |
| 226 | | David Anderson Check #345 to James Jackson dated 7/27/05 in the amount of $600.00 | Yes |

| 227 | ✓ | David Anderson Check #349 to Acct #975695570 dated 8/20/05 in the amount of $2400.00 | Yes |
|---|---|---|---|
| 229 | ✓ | Pete Martinez Check #2988 to James Jackson dated 5/30/03 in the amount of $450.00 | Yes |
| 230 | ✓ | Pete Martinez Check #3581 to Account #078091323 dated 6/9/04 in the amount of $240.00 | Yes |
| 231 | ✓ | Pete Martinez Check #1018 to James Jackson dated 11/22/04 in the amount of $1080.00 | Yes |
| 232 | ✓ | Pete Martinez Check #3533 to Account #078091323 dated 4/19/04 in the amount of $100.00 | Yes |
| 233 | ✓ | Mark Gudanowski Check #2276 to James Jackson dated 12/18/02 in the amount of $150.00 | Yes |
| 234 | ✓ | Mark Gudanowski Check #2334 to James Jackson dated 8/14/03 in the amount of $240.00 | Yes |
| 235 | / | Mark Gudanowski Check #2343 to James Jackson dated 10/1/03 in the amount of $120.00 | Yes |
| 236 | / | Mark Gudanowski Check #2355 to James Jackson dated 1/15/04 in the amount of $480.00 | Yes |
| 237 | / | Mark Gudanowski Check #2362 to James Jackson dated 1/26/04 in the amount of $120.00 | Yes |
| 238 | / | Mark Kedrowski Check #0091 to James Jackson dated 7/12/05 in the amount of $360.00 | Yes |
| 239 | ✓ | Mark Kedrowski Check #501 to James Jackson dated 6/21/05 in the amount of $840.00 | Yes |
| 240 | ✓ | DHS Force Protection Check #1122 signed by Mark Kedrowski, to James Jackson dated 3/15/05 in the amount of $1200.00 | Yes |
| 241 | ✓ | DHS Force Protection Check #1345 signed by Mark Kedrowski, to James Jackson dated 6/10/05 in the amount of $480.00 | Yes |
| 242 | / | Michael Ramos Check #3682 to Acct #975695570 dated 4/25/05 in the amount of $240.00 | Yes |

| 243 Box ✓ | Southwest Airlines Tickets and Related Paperwork from Archives, CIRRUS, PRISM, copied by BCS personnel in 2004 | Yes |
|---|---|---|
| 321 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RGBCJL | Yes |
| 322 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9ANKC9 | Yes |
| 323 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9CFFNO | Yes |
| 324 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 98MHIL | Yes |
| 325 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9INQGM | Yes |
| 423 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R4X6DJ | Yes |
| 522 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HG59LZ | Yes |
| 526 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RUHMQB | Yes |

| 529 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RPBM4H | Yes |
|---|---|---|
| 530 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HY5SRF | Yes |
| 531 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R7G8Q7 | Yes |
| 532 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RJ8A9T | Yes |
| 533 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R5Q5FL | Yes |
| 534 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HOHJ6C | Yes |
| 535 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H72QBS | Yes |
| 536 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HCKZ06 | Yes |
| 537 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HD4VVT | Yes |

| 538 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HBRONH | Yes |
|---|---|---|
| 539 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RY4F4X | Yes |
| 540 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RBHA40 | Yes |
| 541 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R5HI2D | Yes |
| 542 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RN9U8E | Yes |
| 556 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HERVU3 | Yes |
| 557 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RVQZYC | Yes |
| 560 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9GXF7A | Yes |
| 621 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RRNAO5 | Yes |

| | | |
|---|---|---|
| 622 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record REAZC4 ✓ | Yes |
| 623 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RO8H7Y ✓ | Yes |
| 624 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RTH7AJ ✓ | Yes |
| 625 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RD7JMW ✓ | Yes |
| 626 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R9GMI4 ✓ | Yes |
| 627 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9IKIZS ✓ | Yes |
| 628 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H4DEQI ✓ | Yes |
| 629 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R2DOBG ✓ | Yes |
| 630 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RMB3NZ ✓ | Yes |

| 631 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9P46O6 | Yes |
|---|---|---|
| 632 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9ZAW8M | Yes |
| 633 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 988MYD | Yes |
| 634 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9ZFMWJ | Yes |
| 635 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 97H6LB | Yes |
| 636 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9RNJ6B | Yes |
| 637 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9MACEX | Yes |
| 639 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 94F6JL | Yes |
| 640 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RO6DUY | Yes |

| 641 | ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 92FKB3 | Yes |
|---|---|---|---|
| 801 | / | Statement, Mark Kedrowski, 12/12/05 | Yes |
| 802 | / | Statement, Mark Kedrowski, 12/14/05 | Yes |
| 803 | ✓ | Dianne Garcia Check #5722 to Mark Kedrowski dated 7/6/05 in the amount of $480.00 | Yes |
| 806 | / | Cirrus Report, Domingo Tijerina, PNR RLJYVV | Yes |
| 807 | ✓ | Cirrus Report, Domingo Tijerina, PNR 9ABSA9 | Yes |
| 821 | ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RA87WE | Yes |
| 822 | / | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RPAGDU | Yes |
| 823 | ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R9BONH | Yes |
| 824 | ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H5A7SU | Yes |
| 825 | ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RL2DZL | Yes |
| 826 | / | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RT42FL | Yes |

| 827 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RTGDYO | Yes |
|---|---|---|
| 828 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HQZSYS | Yes |
| 829 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RUBXY3 | Yes |
| 830 | Checks to James Jackson written by Mark Vojvodich or Mark Kedrowski | Yes |
| 833 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RURJFP | Yes |
| 834 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HWJOLE | Yes |
| 835 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RL74LP | Yes |
| 836 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RB49KA | Yes |
| 837 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HSX208 | Yes |

| | | |
|---|---|---|
| 838 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HFHYZX | Yes |
| 839 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HE9JYB | Yes |
| 840 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H59Q9W | Yes |
| 841 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HZHJ5X | Yes |
| 842 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HGGNS5 | Yes |
| 843 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RDM7KQ | Yes |
| 844 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RXWITX | Yes |
| 846 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RZQKFI | Yes |
| 847 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RFHK8Z | Yes |

| 848 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R4N76H | Yes |
|---|---|---|
| 850 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9BMBLN | Yes |
| 851 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 99R8QO | Yes |
| 852 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9EGFH9 | Yes |
| 858 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9MHHS2 | Yes |
| 859 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RF8QME | Yes |
| 860 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9N4S4A | Yes |
| 861 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9SZKXC | Yes |
| 862 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 922UXQ | Yes |

| 863 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 98XRTC | Yes |
|---|---|---|
| 864 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9I9OSN | Yes |
| 865 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9TC9XD | Yes |
| 867 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9B2AAB | Yes |
| 869 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 922MHE | Yes |
| 870 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 99ZUDU | Yes |
| 871 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9YRGH9 | Yes |
| 874 ✓ | Chart - Kedrowski & Pacheco | Yes |
| 901 | Chart - Mattie Epperson Number of Tickets | ~~Yes~~ held in abeyance / Not admitted |
| 921 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HQFT5I | Yes |

| | | |
|---|---|---|
| 922 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RDZ208 | Yes |
| 923 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RN8274 | Yes |
| 924 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RDWLWE | Yes |
| 925 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H7QN4S | Yes |
| 926 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RFFAHS | Yes |
| 927 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R772MW | Yes |
| 928 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record H3GJSM | Yes |
| 929 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RHX87B | Yes |
| 930 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R3AJDP | Yes |

| | | |
|---|---|---|
| 931 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 99JCT7 | Yes |
| 932 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 952RLZ | Yes |
| 933 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9X6KV7 | Yes |
| 934 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9LKFSR | Yes |
| 936 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 97R99H | Yes |
| 937 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9OGYB7 | Yes |
| 938 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RWZLWZ | Yes |
| 939 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RX5LIK | Yes |
| 940 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record BHII66 | Yes |

| 941 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9T87PA | Yes |
|---|---|---|
| 942 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 93JKKZ | Yes |
| 944 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9YWDET | Yes |
| 945 | Cirrus Report - Mattie Epperson, PNR 877DEE | Yes |
| 1021 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9SB965 | Yes |
| 1022 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RI92B8 | Yes |
| 1023 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RZAOXM | Yes |
| 1024 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RJAR5D & R7QYQS | Yes |
| 1025 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RKXWVV & R48NOK | Yes |
| 1026 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9Z4DEN | Yes |

| 1027 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RQG9SH | Yes |
|---|---|---|
| 1028 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 98G8YR | Yes |
| 1029 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9JHUDT | Yes |
| 1030 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9G6Z3A | Yes |
| 1031 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9OHLTQ | Yes |
| 1101 | Statement, Mark Gudanowski, 1/9/06 | Yes |
| 1103 | Susan Reed Check dated 4/21/05 for $150 to Mark Gudanowski | Yes |
| 1104 | Chart - Gudanowski tickets provided to Reed, Herberg, Glenn | Yes |
| 1121 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HXIH2G | Yes |
| 1122 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HWXOBX | Yes |
| 1123 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R9GFPR | Yes |

| 1124 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RXJ6DZ | Yes |
|---|---|---|
| 1125 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RH8OGS | Yes |
| 1126 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RR62S4 | Yes |
| 1127 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RO723I | Yes |
| 1128 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RIXR4L | Yes |
| 1129 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RQHQ99 | Yes |
| 1130 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9H8Q7U | Yes |
| 1131 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R4ATDS | Yes |
| 1132 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9PZWJZ | Yes |

| 1133 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9I6BE8 | Yes |
|---|---|---|
| 1134 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9KZ56R | Yes |
| 1135 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9CJKSE | Yes |
| 1136 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 98HWMQ | Yes |
| 1137 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RBHRFF | Yes |
| 1138 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9P6BEU | Yes |
| 1141 | Chart - Reed, Gudanowski 4/30/05 trip to Los Angeles | Yes |
| 1144 | Chart - Tickets for Gudanowski, Reed, Herberg ordered by Althea Jackson on 10/15/04 | Yes |
| 1201 | Statement, Deborah Robinson, 12/15/05 | Yes |
| 1203 | Photo - Deborah Robinson | Yes |
| 1221 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record R5GNIO | Yes |

| 1222 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 97XMEW | Yes |
|---|---|---|
| 1224 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record HG9UCF | Yes |
| 1225 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RQZMWJ | Yes |
| 1226 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RFJZUD | Yes |
| 1231 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RKQTM9 | Yes |
| 1232 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 90F7UX | Yes |
| 1234 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9Y6IRO | Yes |
| 1235 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9YWMTR | Yes |
| 1237 ✓ | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9BKDTA | Yes |

| | | |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
| 1238 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9FWL3R | Yes |
| 1241 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9O6ABU | Yes |
| 1242 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record RAFETA | Yes |
| 1243 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9L2GVN | Yes |
| 1244 | Giveaway Love Order Form, NRMR ticket numbers printed by SWA Central Ticketing, copies of NRMR ticket(s), CIRRUS record bearing Passenger Number Record 9PXU5O | Yes |
| 1245 | Irregularity Report Sample | Yes |
| 1248 | Chart - Robinson tickets ordered by Althea Jackson on 4/13/05, for Fulton, Brooks, LaGrone & the Kates | Yes |