IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed 9/11/09
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO: SA-06-CR-291-OG |
| § | |
| MARK EDWARD KEDROWSKI (8) § | |

## VERDICT

**WE THE JURY, FIND:** The defendant, Mark Edward Kedrowski

___Guilty___    AS CHARGED IN COUNT TWO OF THE
"GUILTY" OR "NOT GUILTY"    THIRD SUPERSEDING INDICTMENT,

___Guilty___    AS CHARGED IN COUNT NINE OF THE
"GUILTY" OR "NOT GUILTY"    THIRD SUPERSEDING INDICTMENT.

___[redacted]___    ___9-11-09___
FOREPERSON'S SIGNATURE    DATE