**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **SA-06-CR-00291-(8)OLG** |
| | § | |
| **MARK KEDROWSKI (8),** | § | |
| **Defendant** | § | |

**MOTION TO WITHDRAW AS COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Come Now Patrick Bryan Moran and George Dombart, Counsel for Defendant Mark Edward Kedrowski, requesting the Court allow them to withdraw as attorneys of record for the Defendant and for good cause would show this Court as follows:

**I.**

On December 10, 2009, the Defendant was sentenced and placed on 3 years' probation. Thereafter, the Defendant indicated to Counsel his intention to appeal his conviction and sentence. Counsel were retained and represented the Defendant pro se through a lengthy jury trial. The Defendant has indicated he is indigent and wishes to appeal and request court-appointed counsel for that purpose. Counsel have advised the Defendant of the necessity to file notice of appeal within ten days of today's date and provided the Defendant with a copy of both a motion for leave to proceed in forma pauperis and the affidavit supporting said motion. The Defendant is in agreement with this Motion to Withdraw.

WHEREFORE, PREMISES CONSIDERED, Counsel respectfully request that the Court grant this motion and for such other and further relief as this Honorable Court deems just and proper.

RESPECTFULLY SUBMITTED:


/S/ _____

**PATRICK BRYAN MORAN**
SBN: 14421500
1200 Riverview Towers
111 Soledad Street
San Antonio, Tx 78205
Tel: (210) 491-4334
Fax: (210) 299-1482
*Attorney for Mark Kedrowski*

/S/ _____

**GEORGE BRUCE DOMBART**
SBN: 5356942
1200 Riverview Towers
111 Soledad Street
San Antonio, Tx 78205
Tel: (210) 490-1207
Fax: (210) 299-1482
*Attorney for Mark Kedrowski*


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the United States District

Clerk's Office and a true and correct copy of the same will be sent to all Counsel herein using the

CM/ECF system

/S/ _____
PATRICK BRYAN MORAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **SA-06-CR-00291-(8)OLG** |
| | § | |
| **MARK KEDROWSKI,** | § | |
| **Defendant** | § | |

## ORDER GRANTING COUNSELS' MOTION TO WITHDRAW

Came on this date to be considered the Motion to Withdraw as Counsel filed by Patrick Bryan Moran and George Bruce Dombart and the Court finds the Motion is well founded and should be **GRANTED/DENIED**.

**IT IS HEREBY ORDERED** that Patrick Bryan Moran and George Bruce Dombart are hereby relieved of any further legal duties or responsibilities to the Defendant Mark Edward Kedrowski in any further proceedings the Defendant may pursue in this cause or on appeal.

Signed and Entered this the _____ day of _____, 2009.

_____
JUDGE PRESIDING