UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2009 DEC 15 PM 3:18
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>Plaintiff §<br>§<br>VS. §<br>§<br>MARK EDWARD KEDROWSKI §<br>Defendant § | SA-06-CR-00291-(8)OLG |

### PRO SE MOTION TO PROCEED *IN FORMA PAUPERIS*

Now comes, MARK EDWARD KEDROWSKI, Petitioner, in the above entitled case; request permission to proceed *in forma papuperis*, I state that because of my poverty I am unable to pay the costs of said proceedings or give security therefore; that I believe I am entitled to relief.

Respectfully submitted,

_____
MARK EDWARD KEDROWSKI
Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | § § § | |
| VS. | § § | SA-06-CR-00291-(8)OLG |
| MARK E. KEDROWSKI,<br>Defendant | § § § | |

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

Affidavit in Support of Motion:

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

My issues on appeal are: 1. Improper exclusion of rehabilitation testimony regarding witness Joan Pedrotti, 2. Improper exclusion of impeachment evidence regarding witness Lisa Ramos, 3. Denial of objection to jury charge regarding 'willful ignorance' and 'misrepresentation of material fact'. 4. Insufficiency of the evidence, and 5. Denial of objections to sentencing.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.     \-
Income source:

| Questions | Answers (You) | Spouse |
|---|---|---|
| Employment | $1,500.00 (from Jan. 01, 2009 to Dec 11, 2009) | N/A |
| Self-employment | N/A | N/A |
| Income from Real Property (such as rental income) | N/A | N/A |
| Interest and dividends | None | N/A |
| Gifts | None | N/A |
| Alimony | None | N/A |
| Child support | None | N/A |
| Retirement (such as social security, pensions, annuities, insurance) | None | N/A |

| Disability (such as social security, insurance payments) | None | N/A |
|---|---|---|
| Unemployment payments | None | N/A |
| Public-assistance (such as welfare) | None | N/A |
| Other (specify) | None | N/A |
| Total monthly income | $1,500.00 | N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Alamo City Public Safety | 53 Kinder Dr. San Antonio, TX 78212 | March 15, 2009 to September 10, 2009 | $1,500.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 700     .
Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Security Service FCU | Personal | $ 700 | $ N/A |
| None | N/A | $ None | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in mulitple institutions, attach one certified statement for each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary house furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
| --- | --- | --- |
| None | None | Make & Year: 2002 Ford |
| None | None | Model: F150 |
| None | None | Registration #: 1FTRX17202NA86366 |

| Motor Vehicle #2 (Value) | Motor Vehicle #3 (Value) |
| --- | --- |
| Make & Year: None | Make & Year: None |
| Model: None | Model: None |
| Registration #: None | Registration #: None |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
| --- | --- | --- |
| Amanda Kedrowski | Daughter | 15 |
| Katie Kedrowski | Daughter | 13 |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quartely, semiannually, or annually to show the monthly rate.

| Questions | You | Your Spouse |
| --- | --- | --- |
| Rent or home-mortgage payment (include lot rented for mobile home) | 420 | N/A |
| Are real-estate taxes included | Yes | No |

| | | |
|---|---|---|
| Is property insurance included | Yes | No |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | 350 | N/A |
| Home maintenance (repairs & upkeep) | N/A | N/A |
| Food | 350 | N/A |
| Clothing | 30 | N/A |
| Laundry and dry-cleaning | 25 | N/A |
| Medical and dental expenses | | N/A |
| Transportation (not including motor vehicle payments) | 200 | N/A |
| Recreation, entertainment, newspapers, magazines, etc. | 50 | N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | N/A | N/A |
| Homeowners' or renter's | 34 | N/A |
| Life | 65 | N/A |
| Health | N/A | N/A |
| Motor Vehicle | 115 | N/A |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): | N/A | N/A |
| Installment payments | N/A | N/A |
| Motor vehicle | N/A | N/A |
| Credit Card: None<br>Name: None<br>Name: None<br>Name: None | Amount owed<br>N/A | N/A |
| Alimony, maintanance, and support paid to others | 950 | N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | N/A | N/A |
| Other | N/A | N/A |
| Total monthly expenses | 2589 | N/A |

10.   Have you paid -- or will you be paying -- an attorney any money for services in connection with this case, including the completion of this form? Yes____     No __X___

If yes, how much? $_____
If yes, state the attorney's name, address, and telephone nuber:

None_____

None_____

None_____

11.   Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

Yes_____        No__X_____

If yes, how much? $ None___

If yes, state the person's name, address, and telephone number:


None_____

None_____

None_____

12.   Provide any other information that will help explain why you cannot pay for the docket fees for your appeal.

I have not been employed full time since I was arrested on February 2009. I have not been able to find a job because my case was pending. I have been unemployed and I am currently trying to find employment. My monthly income is less than what my monthly obligations are.

13.   State the address of your legal residence:

12770 Bandera Rd #1327_____

Helotes, TX 78023_____

Your daytime phone number (210) 215-9269_____

Your age: 39_____    Your years of schooling: 13_____

Your social security number: _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_____

                                              _____
                                                      Affiant

State of Texas §

County of Bexar §

    Before me, a notary public, on this day personally appeared Mark E. Kedrowski, known to me to be the person whose name is susbscribed to the foregoing document and, being by me first duly sworn, declared that the statemetns therein contained are true and correct.



Notary Public

My commission expires: 12/09/2011